**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 07 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GREGORY LYNN COLBERT, | No. 07-16839 |
| Petitioner - Appellant, | D.C. No. CV-02-05894-RMW |
| v. | |
| MIKE KNOWLES, | MEMORANDUM [*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Northern District of California
Ronald M. Whyte, District Judge, Presiding

Submitted December 15, 2009[**]

Before:    GOODWIN, WALLACE, and FISHER, Circuit Judges.

California state prisoner Gregory Lynn Colbert appeals from the district

court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have

jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

AH/Research

Colbert contends that the jury instructions given by the court, CALJIC 2.50 and CALJIC 2.50.1, impermissibly lowered the prosecution's burden of proof and violated his rights to due process and a fair trial. Because there is no reasonable likelihood that the jury applied the wrong burden of proof, Colbert is not entitled to habeas relief. *See Mendez v. Knowles*, 556 F.3d 757, 767-70 (9th Cir. 2009).

Colbert's motion to expand the certificate of appealability is denied. *See* 9th Cir. R. 22-1(e); *see also Hiivala v. Wood*, 195 F.3d 1098, 1104-05 (9th Cir. 1999) (per curiam).

**AFFIRMED.**